

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 12/08/2016 09:30 AM

### COURTROOM   8A

## HONORABLE MICHAEL WILLIAMSON

CASE NUMBER:                                                    FILING DATE:

**8:16-bk-00159-MGW**              **7**              **01/08/2016**

**Chapter 7**

**DEBTOR:**          Albert McNorton

**DEBTOR ATTY:**   **Christopher Smith**

**TRUSTEE:**         **Stephen Meininger**

**HEARING:**

Motion to Sell. Property description: 3207 Bentley Avenue, Sebring, FL 33872. .   Filed by Trustee Stephen L Meininger.   Doc. 28 +Response to   Trustee&#039;s Motion to Sell Real Property Filed by Taji S. Foreman on behalf of Creditor Federal National Mortgage Association.. Doc. 29

**APPEARANCES::**
Richard Dauval for Trustee, Jay Passer for Seterus, Inc.
**RULING:**
Motion to Sell. Property description: 3207 Bentley Avenue, Sebring, FL 33872. .   Filed by Trustee Stephen L Meininger.   Doc. 28, +Response to   Trustee's Motion to Sell Real Property Filed by Taji S. Foreman on behalf of Creditor Federal National Mortgage Association.. Doc. 29 -   Granted, order by Dauval
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.